UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Oil−Dri Corporation of America
                         Plaintiff,

v.                                              Case No.: 1:15−cv−01067
                                                            Honorable Matthew F. Kennelly

Nestle Purina Petcare Company
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, March 13, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: Motion hearing held on 3/13/2019. Motions to seal [684], [692], and [699] are granted. Plaintiffs motion for summary judgment pursuant to Rule 56(a) [690] is terminated without prejudice to file a Rule 50 motion at the appropriate time. Motion to strike [687] is granted as stated in open court. Motions [696] and [698] are terminated as motions because they are responses. Motion to reconsider as stated in open court is to be filed as soon as possible; response to be filed by 3/15/2019. Mailed notice. (pjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.