# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Oil−Dri Corporation of America

                            Plaintiff,

v.                                                  Case No.: 1:15−cv−01067
                                                      Honorable Matthew F. Kennelly

Nestle Purina Petcare Company

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 16, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: The Court grants plaintiff's motion to bifurcate the question of inequitable conduct from the jury trial in this case. Both sides agree that the determination of the equitable conduct defense is a matter for the court, not the jury. The Court sees no need to present the issue to the jury on an advisory basis. The parties should be prepared to present their witnesses and argument on the question of inequitable conduct immediately after the jury retires to deliberate. The parties are directed to advise the Court by 1:00 pm today (3/16/2019) which witnesses are expected to testify regarding inequitable conduct and what percentage of each such witness's testimony is likely to concern that issue. The Court will then determine the amount by which to reduce the time allotted for the jury trial. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.