# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

Oil−Dri Corporation of America

                Plaintiff,

v.                                             Case No.: 1:15−cv−01067
                                                  Honorable Matthew F. Kennelly

Nestle Purina Petcare Company

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, March 16, 2019:

      MINUTE entry before the Honorable Matthew F. Kennelly: In light of the bifurcation of the question of inequitable conduct from the jury trial in this case, and having considered the parties' time estimates regarding their inequitable conduct witnesses, the Court reduces the total time for the jury trial from 40 hours to 37, to be allocated equally to each side. (mk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.