ILND 450 (Rev. 10/13) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Oil-Dri Corporation of America,

Plaintiff(s),

v.

Nestle Purina Petcare Company,

Defendant(s).

Case No. 15 C 1067
Judge Matthew F. Kennelly

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)
Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment entered finding for infringement for claims 1, 2, 3, 6, 9 and 11 of the '019 patent; finding of no infringement as to claim 4 of the '019 patent; finding of validity as to all of the listed claims of the patent; judgment entered in favor of the plaintiff and against the defendant in the amount of $3,000,000.00.

This action was *(check one)*:

☒ tried by a jury with Judge Matthew F. Kennelly presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☐ decided by Judge     on a motion

Date: 3/27/2019

Thomas G. Bruton, Clerk of Court

Pamela J. Geringer, Deputy Clerk